DANIEL MALARKEY,                          : 08 Civ. 9049 (RJH) (JCF)
                                          :
                Plaintiff,                :        O R D E R
                                          :
        - against -                       :
                                          :    USDS SDNY
MICHAEL ASTRUE,                           :    DOCUMENT
COMMISSIONER OF SOCIAL SECURITY,          :    ELECTRONICALLY FILED
                                          :    DOC #:
                Defendant.                :    DATE FILED: 3/5/09
- - - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

This case having been referred to the undersigned for a report and recommendation and a pretrial conference having been held by telephone on March 5, 2009, it is hereby ORDERED as follows:

1. Plaintiff shall file a motion for judgment on the pleadings or summary judgment no later than April 10, 2009.

2. Defendant shall file answering papers and a cross-motion no later than May 8, 2009.

3. Plaintiff shall file reply papers, and answer the cross-motion no later than May 22, 2009.

4. Defendant shall file reply papers on the cross-motion no later than June 5, 2009.

5. If all parties wish to consent to final disposition by a United States Magistrate Judge, the enclosed form should be signed and returned.

SO ORDERED.

James C. Francis IV

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

1

March 5, 2009

Copies mailed this date:

John E. Antonowicz, Esq.
Fusco, Brandenstein & Rada, PC
180 Froehlich Farm Boulevard
Woodbury, New York 11797

Susan C. Branagan, Esq.
Assistant United States Attorney
86 Chambers Street - 3rd Floor
New York, New York 10007