LEV L. DASSIN
Acting United States Attorney for the
Southern District of New York
By: SUSAN C. BRANAGAN
Assistant U. S. Attorney
86 Chambers Street, 3rd floor
New York, NY 10007
Tel. (212) 637-2804
Email: Susan.Branagan@usdoj.gov

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #:                      │
│ DATE FILED: 5/8/09          │
└─────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x
                                       :
DAVID MALARKEY,                            **REVISED**
                                       :   **BRIEFING SCHEDULE**
          Plaintiff,
                                       :
          - v. -                           08 Civ. 9049 (RJH)(JCF)
                                       :
MICHAEL J. ASTRUE,
Commissioner of Social Security,       :

          Defendant.                   :

- - - - - - - - - - - - - - - - - - - x

          Plaintiff having filed a motion for judgment on the

pleadings on or about April 10, 2009,

          IT IS HEREBY ORDERED that:

     1.   Defendant shall file answering papers and any cross-

          motion no later than May 22, 2009;

     2.   Plaintiff shall file reply papers and answer the cross-

          motion no later than June 5, 2009; and

     3.   Defendant shall file reply papers on the cross-motion

          no later than June 19, 2009.

SO ORDERED:

James C. Francis IV
United States Magistrate Judge
5/8/09